RUSH MOORE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

SUSAN TIUS        2873
737 Bishop Street, 24th Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-0406
Facsimile:  (808) 521-0497
E-mail: stius@rmhawaii.com

Attorney for RICHARD A. YANAGI, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PRECISION MOVING AND STORAGE, INC.,<br><br>　　　　　　　　Debtor. | Case No. 17-01337<br>(Chapter 7)<br><br>MOTION TO AUTHORIZE SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND CLAIMS AND TO AUTHORIZE TRUSTEE TO DISPOSE OF UNSOLD PERSONAL PROPERTY, AND APPROVE PAYMENT OF LIQUIDATOR AND FOR RELATED RELIEF; EXHIBIT "1"; DECLARATION OF RICHARD A. YANAGI IN SUPPORT OF MOTION<br><br>Date:   June 25, 2018<br>Time:   9:30 a.m.<br>Judge: Honorable Robert J. Faris |

# MOTION TO AUTHORIZE SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND CLAIMS AND TO AUTHORIZE TRUSTEE TO DISPOSE OF UNSOLD PERSONAL PROPERTY, AND APPROVE PAYMENT OF LIQUIDATOR AND FOR RELATED RELIEF; EXHIBIT "1"

RICHARD A. YANAGI ("Trustee"), Trustee of the Estate of PRECISION MOVING AND STORAGE, INC. ("Debtor"), the above-named Debtor, moves this Court as follows:

1. To authorize the Trustee to sell in lots or in bulk, at public auction sale or private sale, including through eBay, Craigs1ist, or a similar online method, Debtor's personal property as described in Exhibit "1" attached hereto and any other property owned by Debtor which is identified by the Trustee as being appropriate to include in the proposed sale (the "Property").

2. To authorize the Trustee to dispose of, donate to charity or abandon unsold Property that has no meaningful economic value to the Estate.

3. To approve the Trustee's payment to FINDERS KEEPERS, ETC. dba OAHU AUCTIONS ("Auctioneer") of a fee of 20% of the gross sales proceeds without need of further order of this Court, and direct Auctioneer to pay the net proceeds to the Estate, subject to Auctioneer providing a detailed accounting to the Trustee of the auction results and proceeds.

4. To order the Property be sold free and clear of liens and claims, with the same to transfer and attach to the sales proceeds to the extent of the

respective liens' and claims' priority, validity and amount, with the same, to the extent valid, to attach to the proceeds, and that the Court reserve jurisdiction to determine any disputes respecting the validity of any lien or any amounts claimed to be due.

5. To authorize and direct the Trustee to destroy the Debtor's records and files that are not needed by the Trustee for administering this Estate or that include personal and confidential information of the Debtor's former employees, the confidentiality of which would best be protected by permitting the Trustee to destroy such records and files.

6. To include a provision pursuant to Rule 6004(h) of the Federal Rules of Bankruptcy Procedure that there shall not be a 14 day stay from entry of the Order granting the Motion as the Property is located at premises formerly leased by Debtor which have been relet by an unrelated new tenant, and to allow Auctioneer the flexibility to place the Property in an appropriate auction or to make a private sale, including through eBay, Craigslist, or a similar online method when an opportunity arises.

This Motion is based upon Bankruptcy Code §§ 327 and 363(b) and (f), Rules 2002, and 6004 of the Federal Rules of Bankruptcy Procedure, LBR 6004-1(e) and 9013-1(c) and Declaration of Richard A. Yanagi in Support of

Motion filed herewith, and such other and further matters as may be presented herein.

DATED: Honolulu, Hawaii, May 10, 2018.

*/s/Susan Tius*
SUSAN TIUS
Attorney for RICHARD A. YANAGI, Trustee























UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PRECISION MOVING AND STORAGE, INC.,<br><br>Debtor. | Case No. 17-01337<br>(Chapter 7) |

DECLARATION OF RICHARD A. YANAGI IN SUPPORT OF MOTION

I, RICHARD A. YANAGI hereby declare as follows:

1. I have personal knowledge of facts stated in this Declaration and if called as a witness in this action, I could and would testify to all matters set forth herein of my own knowledge.

2. I am the duly appointed Trustee of the Estate of PRECISION MOVING AND STORAGE, INC. ("Debtor"), the above-named Debtor, and submit this Declaration in support of the Motion to Authorize Sale of Personal Property Free and Clear of Liens and Claims and to Authorize Trustee to Dispose of Unsold Personal Property, and Payment of Liquidator and for Related Relief filed herewith.

3. The record reflects that this bankruptcy case was commenced as a Chapter 7 case by a voluntary petition filed on December 27, 2017. At that time, Debtor had ceased operations and had closed its business of providing moving and

storage services primarily to military personnel, both directly and indirectly through subcontract relationships. Debtor's personal property primarily was and is located at premises formerly lease by Debtor that now are leased by an unrelated new tenant.

    4.  I propose to sell Debtor's personal property consisting of office furniture, fixtures and equipment, pictured in Exhibit "1" attached hereto, and any other property owned by Debtor which is identified by the Trustee as being appropriate to include in the proposed sale (the "Property"), in bulk or in lots, at public auction sale or private sale, including through eBay, Craigslist, or a similar online method.

    5.  An on-line search of the records of the Bureau of Conveyances of the State of Hawaii reflects that the only current lien against certain of Debtor's personal property is a Uniform Commercial Code Financing Statement recorded by First Hawaiian Bank ("FHB").

    6.  FHB may claim a lien on equipment pursuant to loan documents and the a recorded financing statement, copies of which are attached to FHB's Proof of Claim, designated as No. 1, filed on December 28, 2017. FHB claims it is owed $35,157.39 secured, among other things, by a lien on receivables, including certain government receivables being paid directly to FHB, which receivables Debtor informs Trustee exceed $190,000.

2

7. On May 9, 2018, the Court entered an Order authorizing my employment of FINDERS KEEPERS, ETC. dba OAHU AUCTIONS ("Auctioneer") to assist me as liquidator.

8. In my opinion, a sale of the Property as contemplated herein is in the best interest of the Estate and its creditors to realize value for the Estate and creditors. Because the Property primarily is located on Debtor's former leased premises, delay in the liquidation of the Property could expose the Estate to security risks and unnecessary administrative expense. A prompt sale is therefore appropriate.

9. In my business judgment, I believe that it is in the Estate's best interest that unsold Property that has no meaningful economic value to the Estate be disposed of, donated to charity or abandoned.

10. There may be files and records including, but are not limited to, employee records, customer jobs, receipts, and similar files and records relating to Debtor's moving and storage business.

11. I have identified or will identify files and records that are not necessary for my administration of the Estate.

12. It would create expense and burden for the Estate to move and/or store unneeded files and records and any added burden of continuing to preserve the confidentiality of any information contained in the files and records.

3

U.S. Bankruptcy Court - Hawaii    #17-01337    Dkt # 25    Filed 05/10/18    Page 18 of 19

13. I request the Court's permission to dispose of the unneeded files and records at this time by having them destroyed. I believe that this will be in the Estate's best interest as to files and records that are not necessary for my remaining administration of the Estate, and continued preservation of these records and files would be an unnecessary expense and burden for the Estate.

14. The cost for destroying these files and records will not exceed $1,000.00, and I therefore also request permission to incur up to $1,000.00 as an administrative expense for this purpose.

I declare under penalty of perjury under the laws of the State of Hawaii and the United States that the foregoing is true and correct.

Executed this 10th day of May 2018, at Honolulu, Hawaii.

                                                */s/Richard A. Yanagi*
                                                RICHARD A. YANAGI