RICHARD A. YANAGI
Chapter 7 Bankruptcy Panel Trustee
P.O. Box 37024
Honolulu, HI  96837

Tel:    808-599-0339
Fax:    808-312-6305
Email:  yanagichap7@gmail.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>PRECISION MOVING AND<br>AND STORAGE, INC.,<br><br><br><br><br><br>        Debtor(s) | )  Case No. 17-1337 RJF<br>)  (Chapter 7)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Judge:  Honorable Robert J. Faris<br>) |

**INTERIM REPORT OF TRUSTEE**

I, Richard A. Yanagi, Trustee, of the above-referenced Estate hereby submit the Trustee's Interim Report for the period ending June 30, 2020.

Executed this 30th day of July 2020 at Honolulu, HI.

/s/ Richard A. Yanagi
RICHARD A. YANAGI, Trustee

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-01337 | RJF | Judge: | Robert J. Faris | Trustee Name: | RICHARD A. YANAGI |
|---|---|---|---|---|---|---|
| Case Name: | Precision Moving And Storage, Inc. | | | | Date Filed (f) or Converted (c): | 12/27/2017 (f) |
| | | | | | 341(a) Meeting Date: | 01/31/2018 |
| For Period Ending: | 06/30/2020 | | | | Claims Bar Date: | 11/06/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Refund for Payroll Services (u) | 0.00 | 3,052.54 | | 3,052.54 | FA |
| 2. Checking/Savings Accounts | 17,066.00 | 17,066.00 | | 0.00 | FA |
| 3. Security Deposit | 27,000.00 | 27,000.00 | | 0.00 | 27,000.00 |
| 4. Accounts Receivable | 650,000.00 | 650,000.00 | | 218,396.14 | 431,603.86 |
| 5. Office furniture | 10,000.00 | 10,000.00 | | 1,000.00 | 9,000.00 |
| 6. Office supplies | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 7. Lease | 0.00 | 0.00 | | 0.00 | FA |
| 8. Public Utility License | Unknown | 0.00 | | 0.00 | FA |
| 9. Customer List | Unknown | 0.00 | | 0.00 | FA |
| 10. Goodwill | Unknown | 0.00 | | 0.00 | FA |
| 11. Net Operating Loss | Unknown | 0.00 | | 0.00 | FA |
| 12. Credit (Fleenor Paper and Packaging, Inc.) | 185.00 | 0.00 | | 0.00 | FA |
| 13. Checking/Savings Accounts - Central Pacific Bank (CPB) | 878.00 | 267.55 | | 267.55 | 0.10 |
| 14. Checking/Savings Accounts - First Hawaiian Bank (FHB) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $715,129.00 | $717,386.09 | | $222,716.23 | $477,603.96 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

07/2018 - work on tax accounting, closing retirement plan, payroll issues, subpoenaing payroll service, received info. 11/27/18 - taxes, late creditor claim. 01/2019 - tax returns. 02/2019. 04/2019 - working on tax clearances, final tax returns. 07/2019 - responding to IRS request for tax clearance docs. 8/19 - letters to IRS re tax issues/claims. 9/30/19 - pending objection to IRS proof of claim. 10/15/19 - IRS amending claim to zero. 11/19 - responding to further tax notices. 1/20 - preparing tax returns. 2/20 - resolving state GET issues. 4/15/20 - returns filed, pending 505 letters. 7/27/20 - received IRS return receipt dated 4/17/20.

| RE PROP # | 2 | -- | Verifying accounts, balances if any |
|-----------|---|----|-------------------------------------|
| RE PROP # | 4 | -- | Demand letters sent, receiv+ing funds, resolving disputes |
| RE PROP # | 5 | -- | Investigating value, disposition - may be duplicative of Asset # 6 |
| RE PROP # | 6 | -- | Investigating value, disposition - may be duplicative of Asset # 5 |
| RE PROP # | 7 | -- | deemed rejected |
| RE PROP # | 12 | -- | not worth adminstering |
| RE PROP # | 13 | -- | Checking $281, Savings 596, Savings $1, 1/29/18 - email to CPB re accounts, 1/30/18 - CPB reviewing, 1/30/18 - only one checking, one savings per D's counsel (looking at two different statements, thought different accounts); 07/30/18 - follow up re accounts - check sent ... not cashed ... re-doing ... pick up 8/3/18 |

Initial Projected Date of Final Report (TFR): 12/31/2019          Current Projected Date of Final Report (TFR): 12/31/2020

Trustee Signature:        /s/ RICHARD A. YANAGI        Date: 07/30/2020

RICHARD A. YANAGI
Chapter 7 Bankruptcy Panel Trustee
P.O. Box 37024
Honolulu, HI  96837
(808)599-0339
yanagichap7@gmail.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-01337

Case Name: Precision Moving And Storage, Inc.

Trustee Name: RICHARD A. YANAGI

Bank Name: Union Bank

Account Number/CD#: XXXXXX0873

Checking

Taxpayer ID No: XX-XXX4657

For Period Ending: 06/30/2020

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 03/22/18 | 1 | Ceridian 17390 Brookhurst Street Fountian Valley, CA 92708-3737 | Payroll services refund | 1229-000 | $3,052.54 | | $3,052.54 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $3,037.54 |
| 06/05/18 | 4 | First Enterprise Forwarding, Inc. 20910 Normandie Ave Unit D Torrance, CA 90502 | Receivables | 1129-000 | $3,049.83 | | $6,087.37 |
| 06/12/18 | 4 | Triad Forwarders, Inc. 350 Crenshaw Blvd # A102 Torrance, CA 90503 | Accounts Receivable | 1129-000 | $944.56 | | $7,031.93 |
| 06/19/18 | 4 | Cavalier Forwarding, Inc. 950 Boardwalk Suite 204 San Marcos, CA 92078-2600 | Accounts Receivable | 1129-000 | $8,845.01 | | $15,876.94 |
| 06/25/18 | 4 | Alumni International, OInc. 16885 Via Del Campo Court Suite 212 San Diego, CA 94127-1723 | Accounts Receivable | 1129-000 | $27,197.11 | | $43,074.05 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $43,059.05 |
| 07/02/18 | 4 | Silver Ridge Forwarding Incorporated 16955 Via Del Campo Suite 240 San Diego, CA 92127 | Accounts Receivable | 1129-000 | $441.90 | | $43,500.95 |
| 07/12/18 | 4 | Tri-Star International Forwarding, Inc. 135 Vallecitos Del Oro, Suite A San Marcos, CA 92069 | Accounts Receivable | 1129-000 | $33,898.03 | | $77,398.98 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $17.95 | $77,381.03 |
| 08/03/18 | 13 | Central Pacific Bank | Closed Accounts | 1129-000 | $267.55 | | $77,648.58 |
| 08/09/18 | 4 | First Hawaiian Bank | AR from government | 1129-000 | $140,000.00 | | $217,648.58 |

Page Subtotals: $217,696.53 $47.95

U.S. Bankruptcy Court - Hawaii #17-01337  Dkt # 73  Filed  07/30/20  Page 5 of 10

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-01337
Case Name: Precision Moving And Storage, Inc.

Trustee Name: RICHARD A. YANAGI
Bank Name: Union Bank
Account Number/CD#: XXXXXX0873
Checking

Taxpayer ID No: XX-XXX4657
For Period Ending: 06/30/2020

Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/18 | | Oahu Auctions | Office furniture/equipment | | $800.00 | | $218,448.58 |
| | | | Gross Receipts $1,000.00 | | | | |
| | | | ($200.00) | 3610-000 | | | |
| | 5 | | Office furniture $1,000.00 | 1129-000 | | | |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.94 | $218,359.64 |
| 09/18/18 | 4 | HQ Army & Air Force Exchange Service Dallas, TX 75266-0202 | Receivables | 1129-000 | $4,019.70 | | $222,379.34 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $248.62 | $222,130.72 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $324.95 | $221,805.77 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $338.96 | $221,466.81 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $327.58 | $221,139.23 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $337.99 | $220,801.24 |
| 01/28/19 | 101 | Rush Moore LLP Attn: Susan Tius, Esq. 737 Bishop Street Suite 2400 Honolulu, HI 96813 | Administrative 1/17/19 Order | 3210-000 | | $36,686.89 | $184,114.35 |
| 01/28/19 | 102 | Rush Moore LLP Attn: Susan Tius 737 Bishop Street Suite 2400 Honolulu, HI 96813 | Administrative 1/7/19 Order | 3220-000 | | $688.54 | $183,425.81 |

Page Subtotals: $4,819.70 $39,042.47

U.S. Bankruptcy Court - Hawaii #17-01337 Dkt # 73 Filed 07/30/20 Page 6 of 10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-01337

Case Name: Precision Moving And Storage, Inc.

Taxpayer ID No: XX-XXX4657

For Period Ending: 06/30/2020

Trustee Name: RICHARD A. YANAGI

Bank Name: Union Bank

Account Number/CD#: XXXXXX0873

Checking

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/19 | 103 | Peter K. Matsumoto P.O. Box 26479 Honolulu, HI 96825 | Administrative 1/7/19 Order | 3410-000 | | $8,085.85 | $175,339.96 |
| 02/08/19 | | First Hawaiian Bank | Bank Account | 1129-000 | $262.78 | | $175,602.74 |
| 02/08/19 | | First Hawaiian Bank | Bank Account | 1129-000 | $391.77 | | $175,994.51 |
| 02/14/19 | | AirLand Forwarders Inc. | Partial Refund (new/lower weight for goods shipped) | 1129-000 | $127.91 | | $176,122.42 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $337.48 | $175,784.94 |
| 02/28/19 | | Central Pacific Bank | Correcting Deposit # 8 | 1129-000 | $0.10 | | $175,785.04 |
| 02/28/19 | | First Hawaiian Bank | Correcting Deposit # 9 should be $146,000 not $140,000 | 1129-000 | $6,000.00 | | $181,785.04 |
| 03/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $245.91 | $181,539.13 |
| 04/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $270.10 | $181,269.03 |
| 05/28/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $261.04 | $181,007.99 |
| 06/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $269.37 | $180,738.62 |
| 07/31/19 | | Transfer to Acct # xxxxxx0106 | Transfer of Funds | 9999-000 | | $180,738.62 | $0.00 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | $229,298.79 | $229,298.79 | | |
| Less: Bank Transfers/CD's | $0.00 | $180,738.62 | | |
| Subtotal | $229,298.79 | $48,560.17 | | |
| Page Subtotals: | $6,782.56 | $190,208.37 | | |

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $229,298.79 | $48,560.17 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-01337

Case Name: Precision Moving And Storage, Inc.

Taxpayer ID No: XX-XXX4657

For Period Ending: 06/30/2020

Trustee Name: RICHARD A. YANAGI

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0106

Checking

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 07/31/19 | | Transfer from Acct # xxxxxx0873 | Transfer of Funds | 9999-000 | $180,738.62 | | $180,738.62 |

| | | |
|---|---|---|
| COLUMN TOTALS | $180,738.62 | $0.00 |
| Less: Bank Transfers/CD's | $180,738.62 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

U.S. Bankruptcy Court - Hawaii #17-01337 Dkt # 73 Filed 07/30/20 Page 9 of 10

## TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0106 - Checking | $0.00 | $0.00 | $180,738.62 |
| XXXXXX0873 - Checking | $229,298.79 | $48,560.17 | $0.00 |
| | $229,298.79 | $48,560.17 | $180,738.62 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $200.00 |
| Total Net Deposits: | $229,298.79 |
| Total Gross Receipts: | $229,498.79 |

Trustee Signature: /s/ RICHARD A. YANAGI   Date: 07/30/2020

RICHARD A. YANAGI
Chapter 7 Bankruptcy Panel Trustee
P.O. Box 37024
Honolulu, HI 96837
(808)599-0339
yanagichap7@gmail.com